1 GIRARD & VINSON, LLP
CHRISTIAN M. KEINER, SBN 95144
2 MICHELLE L. CANNON, SBN 172680
1006 Fourth Street, Eighth Floor
3 Sacramento, CA 95814-3326
Telephone: (916) 446-9292
4 Facsimile: (916) 446-5711

5 Attorneys for Defendant
AUBURN UNION ELEMENTARY SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK P., A minor, By and Through JESSICA P., His Guardian Ad Litem,<br><br>                                        Plaintiff,<br><br>          v.<br><br>AUBURN UNION ELEMENTARY SCHOOL DISTRICT,<br><br>                                        Defendant. | Case No.  CIV. S 04-0896 LKK PAN<br><br>Date:   May 23, 2005<br>Time:   10:00 a.m.<br>Place:  Courtroom 4<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF HEARING |

TO THE HONORABLE LAWRENCE K. KARLTON, PRESIDING JUDGE:

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Jack P., a minor, by and through Jessica P., his guardian ad litem, and Auburn Union Elementary School District that

. . .

. . .

. . .

. . .

. . .

. . .

---

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING            CASE NO. CIV. S 04-0896 LKK PAN

the current hearing date of May 23, 2005, be postponed and continued to June 13, 2005, at 10:00 a.m., because May 23, 2005, is a date counsel for the Auburn Union Elementary School District is scheduled to appear in another matter before the Public Employment Relations Board.

                    GIRARD & VINSON, LLP

Dated: May 5, 2005.         /signature on original
CHRISTIAN M. KEINER
Attorneys for AUBURN UNION ELEMENTARY SCHOOL DISTRICT

                    VARMA & CLANCY

Dated: _____.   /signature on original
BOB VARMA
Attorneys for JACK P., A minor, By and Through JESSICA P., His Guardian Ad Litem

## O R D E R

IT IS HEREBY ORDERED that the hearing is continued to June 13, 2005 at 10:00 a.m. in Courtroom No. 4.

Dated: May 5, 2005.

/s/Lawrence K. Karlton
Hon. Lawrence K. Karlton
Senior Judge
United States District Court